UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Minnesota Dehydrated Vegetables,

Plaintiff,

vs.

BioDigesters Technologies, Inc.,

Defendant.

**ORDER FOR JUDGMENT**

Civ. No. 00-1644 (ADM/RLE)

Pursuant to the parties' Stipulation for Dismissal with Prejudice and upon request of the attorney for the plaintiff,

IT IS HEREBY ORDERED, that the Clerk of District Court forthwith enter judgment dismissing the above-entitled action with prejudice upon the merits and without costs or disbursements to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated this 8 day of December, 2000

Judge of U.S. District Court

DEC 11 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD DEC 11 2000
DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**Minnesota Dehydrated Vegetables**, being sued as Minnesota Dehydrated Vegetable,

Plaintiff,

vs.

**BioDigestor Technologies, Inc.**,

Defendant.

Civ. No. 00-1644 (ADM/RLE)

**STIPULATION OF DIMISSAL WITH PREJUDICE**

PLEASE TAKE NOTICE that the above-named parties, by and through their respective attorneys, hereby stipulate that the above-captioned matter has been fully settled and compromised, and that the same is hereby dismissed on the merits with prejudice and without award of costs, disbursements or attorneys' fees to either party.

Dated: October 31, 2000

MASLON EDELMAN BORMAN & BRAND
*Limited Liability Partnership*

By: ______________________
Alain M. Baudry (#186685)
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402
Telephone: 612/672-8200

**ATTORNEYS FOR DEFENDANT BIODIGESTOR TECHNOLOGIES, INC.**

Dated: ~~November~~ December 5, 2000

Johannson, Rust, Fegerlund, Yon & Stock, P.A.

By [signature]
Daniel L. Rust (# 9456)
407 North Broadway
PO Box 605
Crookston, Minnesota 56716
Telephone: 218/281-2400

**ATTORNEYS FOR PLAINTIFF**

*109933*